# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 02-3017

_____

William E. Hawkins,                              *
                                                 *
            Appellant,                           *
                                                 *
      v.                                         *   Appeal from the United States
                                                 *   District Court for the Eastern
Unknown Agent, of the Federal                    *   District of Missouri.
Bureau of Investigation; Unknown                 *
Deputy, United States Marshals for               *        [UNPUBLISHED]
the Eastern District of Missouri,                *
                                                 *
            Appellee.                            *

_____

Submitted: November 29, 2002

Filed: December 6, 2002

_____

Before McMILLIAN, FAGG, and BOWMAN, Circuit Judges.

_____

PER CURIAM.

      Federal inmate William E. Hawkins appeals the district court's[*] preservice dismissal, without prejudice, of Hawkins's civil rights action, and the later denial of his motion for reconsideration. Having carefully reviewed the record, we conclude

_____

      [*]The Honorable Stephen N. Limbaugh, United States District Judge for the Eastern District of Missouri.

the district court properly dismissed for the reasons stated in the court's ruling, and the court did not abuse its discretion in denying the motion for reconsideration. Accordingly, we affirm.  We also deny Hawkins's pending in forma pauperis motion as moot.  <u>See</u> 8th Cir. R. 47A(a).

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.